CHICAGO—FIRST DISTRICT—OCTOBER, 1913.    389

Louisa County Savings Bank v. Claney et al., 182 Ill. App. 389.


Louisa County Savings Bank, Defendant in Error, v. John Claney and W. P. Dickinson, Plaintiffs in Error.

Gen. No. 18,510.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed October 14, 1913.

## Statement of the Case.

Suit by Louisa County Savings Bank, a corporation, against John Claney and W. P. Dickinson upon a promissory note. From a judgment for plaintiff, defendant brings error.

W. O. ROBINSON, for plaintiffs in error.

JEFFERY & CAMPBELL, for defendant in error; CHARLES V. CLARK, of counsel.

MR. JUSTICE CLARK delivered the opinion of the court.

## Abstract of the Decision.

1. BILLS AND NOTES, § 365*—*when indorsements may be disregarded*. In a suit on a promissory note, where the plaintiff was the legal holder, indorsements showing that such note had been sent to Chicago for collection were properly disregarded.

2. JURY, § 8*—*when jury is not necessary*. The failure to call a jury, as demanded by a defendant, is not reversible error where the court under the evidence would have been obliged to direct such jury to find a verdict for the plaintiff, in exact accord with the finding made by the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.